## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HOWARD COHEN,                          :         CIVIL ACTION
                                       :
                                       :
                Plaintiff,             :
                                       :
        v.                             :         NO.   10-00514
                                       :
CHLN, INC. and MARK HINDS,             :
                                       :
                                       :
                Defendants.            :

## ORDER

**AND NOW**, this *13ᵗʰ* day of *July*, 2011, upon consideration of the Motion for Summary

Judgment by Defendants CHLN, Inc. and Mark Hinds (Docket No. 24), Plaintiff's Response in

Opposition (Docket No. 28), and Defendants' Reply (Docket No. 29), it is hereby **ORDERED**

that Defendants' Motion for Summary Judgment (Docket No. 24) is **DENIED** in its entirety.


        It is so **ORDERED**.



                                        BY THE COURT:



                                         *s/ Ronald L. Buckwalter*
                                        RONALD L. BUCKWALTER, S.J.